UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff<br><br>    v.<br><br>MARCIAL RODRIGUEZ<br>TRINIDAD<br>    Defendant | CRIM. NO. 98-124 (PG) |

MOTION REQUESTING LEAVE
TO WITHDRAW AS ATTORNEY OF RECORD

To the Honorable Court:

**COMES NOW** the undersigned attyorney, and respectfully states and prays:

1) On October 29th 2004 defendant Marcial Rodríguez Trinidad was sentenced by this Honorable Court to a term of imprisonment of seventy (70) months, as well as a five (5) year supervised release term. The defendant will not file and appeal from said sentence.

2) Having fully discharged his duty to represent the undersigned as a member of the District of Puerto Rico's Criminal Justice Act (CJA) Panel, the undersigned respectfully requests leave to withdraw as counsel of record for the defendant.

**WHEREFORE** the undersigned attorney respectfully prays from this Honorable Court:

That it grant him leave to withdraw as attorney of record for defendant Marcial Rodríguez Trinidad.

Respectfully submitted,

This 9th day of November 2004.

**I HEREBY CERTIFY** that an exact copy of the above has been forwarded to: A.U.S.A. Tim Henwood, A.U.S.A. Tim Henwood, Office of the U.S. Attorney for the District of Puerto Rico, Torre Chardón, Suite 1201, 350 Carlos Chardón Street, Hato Rey, P.R. 00918.

S/ <u>ELFRICK MENDEZ MORALES</u>
ELFRICK MENDEZ MORALES
USDC_PR NO. 211110
CALLE ING. RAMON RAMOS # 259
ROOSEVELT, HATO REY
PUERTO RICO  00918
TEL. (787) 765-3920
FAX (787) 765-3933