**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,
    Plaintiff,

       vs.                        Criminal No. 98-124-17(PG)

MARCIAL RODRIGUEZ-TRINIDAD,
    Defendant.

| MOTION | ORDER |
|---|---|
| **DOCKET #893** - Motion Requesting Leave To Withdraw As Attorney of Record. | **GRANTED.** |

Date: November 15, 2004.

                                    S/JUAN M. PÉREZ-GIMÉNEZ
                                    U.S. District Judge