# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| Vs. | * | 98-CR-00124-017 (PG) |
| **RODRIGUEZ-TRINIDAD, MARCIAL** | * | |

## ORDER

By the Order of the Honorable Juan M. Pérez-Giménez, United States District Court Judge, the pre-sentence investigation report is hereby returned to the U.S. Probation Office.

IT IS SO ORDERED.

San Juan, Puerto Rico, this November 16, 2004.

FRANCES RIOS DE MORAN
Clerk of the Court

By: Janis Palma
Interpreter/Deputy Clerk

**ACKNOWLEDGMENT:**

I hereby acknowledge receipt of the
pre-sentence investigation report

on _____

Eustaquio Babilonia
Chief U.S. Probation Officer

By: _____