# United States District Court

                          FOR THE     DISTRICT OF    PUERTO RICO

UNITED STATES OF AMERICA

                                                                                                               **WARRANT FOR ARREST**

v.

MARCIALITO RODRIGUEZ-TRINIDAD, aka "MARCIAL"

                                                       CASE NUMBER: 98-124 (PG)

To: The United States Marshal
     and any Authorized United States Officer

        YOU ARE HEREBY COMMANDED to arrest MARCIALITO RODRIGUEZ-TRINIDAD, aka "MARCIAL" and bring him forthwith to the nearest magistrate to answer a(n)

x Indictment        _ Information    _ Complaint    _ Order of court      _ Violation Notice    _ Probation Violation Petition

charging him with knowingly, willfully, intentionally and unlawfully conspiring, confederating, and agreeing together with others and with divers other persons to the Grand Jury known and unknown, to commit an offense against the United States, to wit: to possess with intent to distribute multi-kilogram quantities of cocaine in excess of one hundred and fifty (150) kilograms, a Schedule II Narcotic Drug Controlled Substance, all in violation of Title 21, United States Code, Section 846, and aided and abetted by others, did knowingly, willfully, intentionally and unlawfully possess with intent to distribute approximately six hundred eighty-nine (689) kilograms of cocaine, a Schedule II Narcotic Drug Controlled Substance, all in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Section 841(a)(1).

Justo Arenas                               United States Magistrate Judge
Name of Issuing Officer                        Title of Issuing Officer

*[signature]*
BY: Tere Mollfulleda, Deputy Clerk       December 31, 1998 at San Juan, Puerto Rico
Signature of Issuing Officer                          Date and Location

Bail fixed at $ _____ by _____
                                                                    Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 12/31/98 | USMS | *[signature]* USMS |
| Date of Arrest | | |
| 6/09/03 | | *[signature]* |